# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Alex Panzardi

      Plaintiff(s)

v.

Tris Pharma, Inc.

      Defendant(s)

CASE No C 17-cv-07253-~~HSG~~

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

---

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)* Parties agree to Court sponsored mediation. Should the

- ☐ other requested deadline: Court sponsored mediation prove unsuccessful, the parties are not adverse to considering private mediation.

Date: Feb. 22, 2018

                        Attorney for Plaintiff

Date: February 13, 2018

                        Attorney for Defendant

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 2/27/2018

                        U.S. DISTRICT/MAGISTRATE JUDGE

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*