1  Jason A. Geller (SBN 168149)
   Bailey K. Bifoss (SBN 278392)
2  FISHER & PHILLIPS, LLP
   One Embarcadero Center, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001
   jgeller@fisherphillips.com
5  bbifoss@fisherphillips.com

6  Attorneys for Defendant
   TRIS PHARMA, INC.
7
   Robert J.A. Fordiani (SBN 256041)
8  THE BELLI LAW FIRM
   35 Miller Avenue, Suite 199
9  Mill Valley, CA 94941
   Telephone: (415) 981-1850
10 Facsimile: (415) 981-8314
   Rjaf.law@gmail.com
11
   Attorneys for Plaintiff
12 ALEX PANZARDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEX PANZARDI, | Case No.: 4:17-cv-07253-HSG |
|---|---|
| Plaintiff, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |
| vs. | |
| TRIS PHARMA, INC., and DOES 1 to 100, | *[Removed from Marin County Superior Court, Civil Case No. 1704115]* |
| Defendants. | |
| | Complaint Filed: November 7, 2017<br>Trial Date: None Set |

Defendant TRIS PHARMA, INC. ("Defendant") and Plaintiff ALEX PANZARDI ("Plaintiff") (collectively the "Parties"), hereby stipulate and request this Court for an order continuing the Case Management Conference currently scheduled for March 27, 2018 until April 3, 2018, April 24, 2018, May 15, 2018, or a date thereafter in accordance with the Court's availability.

## **RECITALS**

WHEREAS, on November 7, 2017, Plaintiff filed a Complaint in the Superior Court of California for the County of Marin;

WHEREAS, on December 21, 2017, Defendant removed this case from state court to federal court based on diversity of citizenship between the Parties;

WHEREAS, the Court scheduled a Case Management Conference for March 27, 2018;

WHEREAS, lead trial counsel for Defendant, Jason Geller, is not available on March 27, 2018 because of a pre-existing commitment;

WHEREAS, in the interest of permitting lead trial counsel for Defendant, Jason Geller, to attend the Case Management Conference in accordance with Local Rule Number 16-10(a), the Parties agree to and request that the Court continue the Case Management Conference until April 3, 2018, April 24, 2018, May 15, 2018, or a date thereafter in accordance with the Court's availability.

## **STIPULATION**

The Parties by and through their respective counsel of record, HEREBY STIPULATE and request this Court for an Order continuing the Case Management Conference until April 3, 2018, April 24, 2018, May 15, 2018, or a date thereafter in accordance with the Court's availability.

| | | |
|---|---|---|
| 1 | DATED: March 15, 2018 | FISHER & PHILLIPS LLP |
| 2 | | |
| 3 | | By: _/s/ Bailey K. Bifoss_ |
| 4 | | Jason A. Geller<br>Bailey K. Bifoss<br>Attorneys for Defendant |
| 5 | | TRIS PHARMA, INC. |
| 6 | DATED: March 15, 2018 | THE BELLI LAW FIRM |
| 7 | | |
| 8 | | By: _/s/ Robert J.A. Fordiani_ |
| 9 | | Robert J.A. Fordiani<br>Attorney for Plaintiff<br>ALEX PANZARDI |

**ATTESTATION OF SIGNATURES [L.R. 5.1(i)(3)]**

I, BAILEY K. BIFOSS, am a registered CM/ECF user whose login ID and password were used to electronically file this Joint Stipulation. I hereby attest that all other signatories listed above, and on whose behalf this filing is submitted, concur with the content of this filing and have authorized the filing herein.

Date: March 15, 2018                                    By: _/s/ Bailey K. Bifoss_

**ORDER**

The Court, having reviewed and considered Defendant TRIS PHARMA, INC. and Plaintiff ALEX PANZARDI's Joint Request to Continue the Case Management Conference, for good cause showing, orders as follows:

    **1.** The Case Management Conference shall be continued to April 3, 2018 at 2:00 p.m. Case Management Statement due by March 27, 2018.

**IT IS SO ORDERED.**

Dated: March 16, 2018

*Haywood S. Gilliam, Jr.* (signature)
Hon. Haywood S. Gilliam, Jr.