Melvin C. Belli (SBN 111309)
Robert J. A. Fordiani (SBN 256041)
THE BELLI LAW FIRM
35 Miller Avenue, Suite 199
Mill Valley, CA 94941
Telephone: 415/981-1850
Facsimile: 415/981-8314

Attorneys for Plaintiff
ALEX PANZARDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX PANZARDI<br><br>Plaintiff,<br><br>vs.<br><br>TRIS PHARMA, INC.,<br><br><br><br>Defendants. | Case No.: 4:17-cv-07253-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>State Complaint Filed: November 7, 2017 |

IT IS HEREBY STIPULATED by and between Plaintiff ALEX PANZARDI ("Plaintiff") and Defendant TRIS PHARMA, INC. ("Defendant"), by and through their counsel of record, submit that the plaintiff will dismiss with prejudice the case in its entirety as brought against the defendant Tris Phamra, Inc. pursuant to FRCP 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATED: Aug. 20, 2018

THE BELLI LAW FIRM

By: _____
Melvin Belli
Robert Fordiani
Attorneys for Plaintiff
ALEX PANZARDI

DATED: Aug. 20, 2018

FISHER & PHILLIPS LLP

By: _____
Jason A. Geller
Bailey K. Bifoss
Attorneys for Defendant
TRIS PHARMA, INC.

## ORDER PURSUANT TO STIPULATION

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERD:

DATED: 8/22/2018

By: _____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

STIPULATION OF DISMISSAL
4:17-CV-07253-HSG